100 So.2d 722

**Lewis JOHNSON**

v.

**MOBILE HOUSING BOARD.**

**1 Div. 737.**

Supreme Court of Alabama.

Jan. 23, 1958.

Rehearing Denied March 6, 1958.

Sydney S. Pfleger, Mobile, for appellant.

Alexander Foreman, Jr., McConnell & Foreman, Mobile, for appellee.

LAWSON, Justice.

The question presented on this appeal is in all material respects the same as that presented and considered in the case of Harris v. Mobile Housing Board, Ala., 100 So.2d 719.[1] The judgment of the Circuit Court of Mobile County is reversed and the cause is remanded on the authority of that case.

Reversed and remanded.

SIMPSON, GOODWYN and MERRILL, JJ., concur.